IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AILEEN Y., in her capacity as parent and legal guardian of the Student D., <br><br> Plaintiff(s), <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, STATE OF HAWAI‛I, <br><br> Defendant(s). | CIVIL NO. 10-00454 ACK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 4, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff-Appellant's Non-Hearing Motion for Attorneys' Fees & Related Nontaxable Expenses" (Doc. No. 52 ) is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, August 31, 2011.



_____
Alan C. Kay
Sr. United States District Judge

Y. v. Dep't of Educ., State of Hawaiʻi, Civ. No. 10-004545 ACK-RLP: Order Adopting Magistrate Judge's Findings and Recommendation